AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| ASHLEY MOODY, on behalf of the State of Florida and its citizens,<br><br>*Plaintiff(s)*<br>v.<br>DEANNE CRISWELL, Administrator of the Federal Emergency Management Agency, in her individiual capacity; and MARN'I WASHINGTON, in her individual capacity,<br>*Defendant(s)* | Civil Action No. 2:24-cv-14365-DMM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Deanne Criswell
c/o Adrian Sevier
Chief Counsel
Federal Emergency Management Agency
500 C Street SW
Washington, DC 20472

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Office of the Attorney General
c/o James H. Percival
The Capitol, Pl-01
Tallahassee, Florida 32399-1050

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Nov 25, 2024

Angela E. Noble
Clerk of Court

SUMMONS

s/ W. Cendejas
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| ASHLEY MOODY, on behalf of the State of Florida and its citizens,<br><br>*Plaintiff(s)*<br>v.<br>DEANNE CRISWELL, Administrator of the Federal Emergency Management Agency, in her individiual capacity; and MARN'I WASHINGTON, in her individual capacity,<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 2:24-cv-14365-DMM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Marn'i Washington

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Office of the Attorney General
c/o James H. Percival
The Capitol, Pl-01
Tallahassee, Florida 32399-1050

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Nov 25, 2024

Angela E. Noble
Clerk of Court

SUMMONS

s/ W. Cendejas
Deputy Clerk
U.S. District Courts