IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| ASHLEY MOODY,<br><br>　　Plaintiff,<br><br>v.<br><br>DEANNE CRISWELL, *et al.*,<br><br>　　Defendants. | No. 2:24-cv-14365-DMM |

**ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME
TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**

This matter is before the Court on Defendant Criswell's Unopposed Motion for Extension of Time to Answer or Otherwise Respond to the Complaint. *See* ECF No. 13. The Court, being duly advised, GRANTS the motion.

It is hereby ORDERED that Defendant Criswell shall have until **April 15, 2025**, to answer or otherwise respond to the complaint.

DATE: February ____, 2025

_____
UNITED STATES DISTRICT JUDGE