AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| Ashley Moody | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 2:24-cv-14365-DMM |
| Deanne Criswell, et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Ashley Moody.

Date: 02/08/2025

/s/ Allen L. Huang
*Attorney's signature*

Allen L. Huang (FL 1045396)
*Printed name and bar number*

Florida Office of the Attorney General
3507 E Frontage Rd, #200
Tampa, FL 33607
*Address*

allen.huang@myfloridalegal.com
*E-mail address*

(714) 878-8628
*Telephone number*

(850) 410-2672
*FAX number*