IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

| | |
|---|---|
| JAMES UTHMEIER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 2:24-cv-14365-DMM ) ) |
| DEANNE CRISWELL, *et al.*, | ) ) |
| Defendants | ) ) ) |

**PLAINTIFF'S STATUS REPORT**

This Court has ordered Plaintiff, James Uthmeier, the Attorney General of Florida, to "advis[e] the Court on the status of the litigation against Defendant Washington," and to "explain how Plaintiff intends to proceed given the present posture." DE33 at 1 (footnote omitted). To that end, Plaintiff represents as follows:

1. Plaintiff's claims remain pending against Defendant Washington.

2. Plaintiff is currently negotiating with Defendant Criswell to see if a settlement can be reached. If those negotiations are successful, the parties may be able to settle all claims as to all Defendants.

3. In the interim, Plaintiff reserves its right to continue prosecuting its claims against Defendant Washington and is continuing to evaluate its options.

Respectfully submitted,

JAMES UTHMEIER
*Attorney General for the State of Florida*

*/s/ Christine Pratt*
CHRISTINE PRATT (FBN 0100351)
*Assistant Solicitor General*

Office of the Attorney General
The Capitol, PL-01
Tallahassee, Florida 32399-1050
(850) 414-3300
(850) 410-2672 (fax)
*christine.pratt@myfloridalegal.com*

*Counsel for the Florida Attorney General*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 14th day of April 2025, a true and correct copy of this document was filed electronically with the Clerk of Court and has been served on the parties through the Florida Courts E-Portal.

*/s/ Christine Pratt*
Christine Pratt