IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

| | |
|---|---|
| JAMES UTHMEIER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) No. 2:24-cv-14365-DMM |
| v. | ) |
| | ) |
| DEANNE CRISWELL, *et al.*, | ) |
| | ) |
| Defendants | ) |

## JOINT NOTICE OF SETTLEMENT

Plaintiff, by and through his undersigned counsel, together with Defendant Criswell, by and through her undersigned counsel, hereby give notice under Local Rule 16.4, that the parties have reached a settlement of this case. Once the settlement agreement is fully executed, Plaintiff will file either a notice of dismissal of all claims with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(i), or an unopposed motion for dismissal of all claims with prejudice under Rule 41(a)(2).

Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General
Civil Division

C. SALVATORE D'ALESSIO, JR.
Director
Torts Branch, Civil Division

RICHARD MONTAGUE
Senior Trial Counsel
Torts Branch, Civil Division

JEREMY SCOTT BRUMBELOW
Arkansas Bar No. 96145
Senior Trial Attorney
Torts Branch, Civil Division
Tel. (202) 616-4330; jeremy.brumbelow@usdoj.gov

/s/ Juliana MacPherson Barrett
JULIANA MACPHERSON BARRETT
Trial Attorney
Torts Branch, Civil Division
Tel. (202) 616-4326; Juliana.M.Barrett@usdoj.gov

UNITED STATES DEPARTMENT OF JUSTICE
P.O. Box 7146, Ben Franklin Station
Washington, D.C.  20044
Fax. (202) 616-4314

*Counsel for Defendant Criswell*

Respectfully submitted,

JAMES UTHMEIER
*Attorney General*

JEFFREY PAUL DESOUSA
*Acting Solicitor General*

DAVID M. COSTELLO
*Chief Deputy Solicitor General*

KEVIN A. GOLEMBIEWSKI
*Senior Deputy Solicitor General*

ALLEN L. HUANG
*Deputy Solicitor General*

CALEB STEPHENS
*Assistant Solicitor General*

*/s/ Christine Pratt*
CHRISTINE PRATT (FBN 0100351)
*Assistant Solicitor General*

Office of the Attorney General
The Capitol, PL-01
Tallahassee, Florida 32399-1050
(850) 414-3300
(850) 410-2672 (fax)
*christine.pratt@myfloridalegal.com*

*Counsel for the Florida Attorney General*

DATED:  April 16, 2025

**CERTIFICATE OF SERVICE**

      I hereby certify that, on April 16, 2025, I served the foregoing Notice of Settlement on (1) counsel for all represented parties by electronic means through the Court's Case Management/Electronic Case File system, and (2) Defendant Washington (*pro se*) via email at expmanager@live.com.

      /s/ Juliana MacPherson Barrett
      JULIANA MACPHERSON BARRETT
      *Counsel for Defendant Criswell*