## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-CV-14365-MIDDLEBROOKS

ASHLEY MOODY,

        Plaintiff,

v.

DEANNE CRISWELL and
MARN'I WASHINGTON,

        Defendants.
_____/

### ORDER REQUIRING STATUS REPORT FROM PLAINTIFF

**THIS CAUSE** comes before the Court *sua sponte*. A review of the record reflects that a summons has been returned executed on Defendant Marn'i Washington. (DE 10). Defendant Washington's deadline to respond was April 1, 2025. To date, she has not filed a response to the Complaint, and no attorney has appeared on her behalf.

In a previous Status Report to the Court (DE 36), Plaintiff indicated that he was negotiating with Defendant Criswell to see if a settlement could be reached, and if the negotiations were successful, "the parties may be able to settle all claims as to all Defendants." (*Id.*). Plaintiff and Defendant Criswell recently filed a Joint Notice of Settlement (DE 37), in which they notified the Court that these two Parties have reached a settlement of this case.

Accordingly, it is **ORDERED and ADJUDGED** that:

1. By **April 22, 2025**, Plaintiff shall file a status report advising the Court on the status of the litigation against Defendant Washington.

2. The status report shall also explain how Plaintiff[1] intends to proceed given the present posture.

**SIGNED** in Chambers at West Palm Beach, Florida this 21 day of April 2025.

Donald M. Middlebrooks
United States District Judge

cc: Counsel of Record, Marn'i Washington

---

[1] 1 Pursuant to Federal Rule of Civil Procedure 25(d), James Uthmeier, Florida's newly appointed Attorney General, is automatically substituted for Ashley Moody.