February 26, 2025



RE:    NO: 2:24-CVS-14365-DMM
       James Uthmeier, Plaintiff, v. Deanne roswell, et al., Defendants

Dear Honorable Judge Donald Marsh Middlebrooks:

My name is Marn'i Washington and I have been named in the above suite. Unfortunately, I was
not aware of the filing against myself and Deanne Criswell nor have I been served. My
awareness of the case was discovered on February 24, 2024 via phone call by Christine Pratt.
Although, she and her colleagues insist I was served at 2164 Matson Drive; I'd like to ensure
you are aware that I haven't resided at this address since NOV 2024 and do not know anyone
by the convenient name of Bri Washington. Although justice can be a lengthy process in high
profile cases such as this;  I'm asking for a fair opportunity to be served and respond to the false
allegations against me. It's important to share four major highlights with you while I work on
obtaining representation for this case:

-   My professional record will display in the federal and private sector positions held; no
    disciplinary actions. Only awards and promotions. Please see professional references
    attached. All of my deployment evaluations with FEMA exceed the expectations.
-   My political status is non-partisan. I haven't participated in voting in a while. Therefore
    the original lies and character assassination attempts were immediately debunked for
    having a political agenda during my time of deployment. The attached news article from
    Florida will establish a timeline of the term political hostility and its usage. I personally
    hadn't heard of the term nor utilized it until I reported to the deployment in Florida.
-   Since my termination the House of Committee has established my testament wasn't a lie
    because they too received a verified anonymous tip of systemic political biases.
    Furthermore, I have it on good authority the Department of Infrastructure received
    several more confirmed tips of systemic political biases within FEMA. The depth and
    length of the systemic concerns have become a public awareness and actionable
    corrective notion within the organization. Please see FEMA's announcement for
    verification.
-   And finally, the effort for scapegoating at my expense has methodically been
    implemented to the point that all of my inquiries and fair treatment throughout this
    process has been negated and intentionally delayed. I've sought for DOJ representation
    now for two months. Since FEMA was aware of this case and the details surrounding it ,
    why they would provide Deanne Criswell assistance here and not myself? These
    charges were brought against me as an employee.

1

It is my recommendation that Deanne Criswell not be removed from the case as the court will find her testament and knowledge of the claims beneficial. My security clearance and supervisory position doesn't provide me authority or authorization to manage or mitigate safety and security measures for the DSA cadre while canvassing various neighborhoods throughout the United States or territories. The statement " she acted alone and this is an isolated incident" has already been proven to be inaccurate.

In no attempt do I seek to aggravate or delay the court by ignoring any of the litigation process. However, it is necessary I am served properly with a true opportunity to be represented in such untruthful and slanderous allegations. Enclosed I've provided reference of my active communication to seek representation through FEMA's Response & Recovery Legal Division.

The malicious public leak of my personal information jeopardizes my mental, physical, and emotional welfare and my ability to reside at any documented address. People actively pursued me and were staking out addresses associated with my name . Numerous death threats were received via phone, email, and online. This is verifiable through social media sources. The address below is available for use as the representing attorney for another matter has granted me permission to receive mail.

My initial contact with FEMA's Response & Recovery Legal Division is dated February 26th via email. It took an entire month for the department to respond to me and to provide guidance on how to formally request DOJ representation. As of date, I've yet to hear back on the status of the request. There was an inquiry placed April 22nd to verify the status and it is pending as of date.

---

**From:** Malycke, Catherine <catherine.malycke@fema.dhs.gov>
**Sent:** Tuesday, April 22, 2025 6:07:12 AM
**To:** Marn`i Washington <expmanager@live.com>
**Subject:** Re: Moody v. Criswell

Good morning, Ms. Washington,

Thank you for your continued patience and follow up. The review process does take a little bit of time. As soon as I have an update for you, and I am hoping this week, I will let you know.

If you have any questions, let me know.

Very respectfully,
Cate

---

With the undetermined time frame provided to determine whether representation will be provided; I'm requesting an extension in order to properly respond to the case and secure representation.

In lieu of my plight to secure representation, I'd like for the court to take into account the term "safe proper". Our code of ethics department will confirm evidence of supervisor approving work or actions taken under guidance relieving the subordinate of any responsibility. As it proves the subordinate is acting under the direction of their supervisor. It has come to my attention that both supervisors during my deployment have been terminated from FEMA. Which displays inconsistency in FEMA's craft. I experienced personal injury by the leak of my personal information, public humiliation, and termination throughout the world for false allegations while working under orders. FEMA ensured their information wasn't leaked and nor did they experience public humiliation during their separation from FEMA. One could conclude, my account of events had to have some merit to them in order for them to terminate the supervisors over me.

This same information was presented in my unemployment insurance appeals case and the judge ruled in my favor. The text messages confirmed I was working under orders. DSA Hostile Encounter Policy is only 7 sentences; unfortunately it did not evolve with the changes experienced in the field from misinformation and political hostility. Avoidance and De-escalation are the immediate actions for safety.

**Dealing with Hostility**

DSA Crews address disaster survivors' immediate and emerging needs by meeting them at their homes or in their communities. DSA personnel may be confronted by hostile individuals.

When dealing with hostile individuals:

- Remove yourself from the situation if you feel threatened
- Listen with empathy and don't interrupt. Let the individual tell their story and/or give their opinion.
- Stay on the subject and do not debate with the individual; avoid making counter-arguments.
- Respond in a calm and normal voice.
- Don't become upset or react to labels or personal attacks.
- Conclude the conversation on a positive note. Always ask the person what else you can do to help.
- If the person continues with hostile behavior or if you feel unsafe, leave.



## INITIAL CONTACT:

**From:** Marn`i Washington <expmanager@live.com>
**Sent:** Wednesday, February 26, 2025 12:34 PM
**To:** Dimino, Maureen <maureen.dimino@fema.dhs.gov>
**Subject:** Moody v. Criswell, No. 2:24-cv-14365-DMM (S.D. Fla.)

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Please select the Phish Alert Report button on the top right of your screen to report this email if it is unsolicited or suspicious in nature.

Good afternoon, Maureen:

I hope this email finds you well…

My name is Marn`i and I was directed to email you in regards to the case of *Moody v. Criswell*, No. 2:24-cv-14365-DMM (S.D. Fla.). From my understanding, because I'm being sued in a capacity as an employee; you'd be able to assist me in obtaining representation by the Department of Justice. Could you kindly confirm whether assistance is available to me?

Thank you in advance for your time…

Respectfully,

Marn`i

DHS

Emergency Preparedness

Law Enforcement and Public Safety

DHS Staff, Including Top FEMA Officials, Given Lie Detector Tests Over Alleged Leaks



ByHomeland Security Today

April 14, 2025



*December 29, 2024 - Washington, DC: FEMA sign under the US Department of Homeland Security (Photo: iStock)*

The Department of Homeland Security has administered lie detector tests to about 50 staffers in recent weeks, including FEMA's acting administrator and roughly a dozen officials at the

disaster relief agency, as part of an intensifying effort to root out what the department alleges are leaks of national security information.

Acting FEMA Administrator Cameron Hamilton, an appointee of President Donald Trump, was given a polygraph just days after taking part in a meeting with top DHS officials for a policy discussion on the future of FEMA and how to potentially dismantle the agency in the coming months. That closed-door meeting was reported by CNN and other media outlets.

At least one FEMA official has been placed on administrative leave and was escorted out of the agency's office this week after being administered a polygraph test, according to multiple sources familiar with the matter.

https://www.hstoday.us/federal-pages/dhs/dhs-staff-including-top-fema-officials-given-lie-detector-tests-over-alleged-leaks/

FEMA Ends Wasteful, Politicized Grant Program, Returning Agency to Core Mission of Helping Americans Recovering from Natural Disaster

Release Date:April 4, 2025

**Release Date**                                **Release Number**

April 4, 2025                                    HQ-25-40

*Under Secretary Noem, DHS is eliminating waste, fraud and abuse*

7

WASHINGTON -- FEMA is ending the Building Resilient Infrastructure and Communities (BRIC) program and canceling all BRIC applications from Fiscal Years 2020-2023. If grant funds have not been distributed to states, tribes, territories and local communities, funds will be immediately returned either to the Disaster Relief Fund or the U.S. Treasury.

Statement Attributable to a FEMA Spokesperson:

"The BRIC program was yet another example of a wasteful and ineffective FEMA program. It was more concerned with political agendas than helping Americans affected by natural disasters. Under Secretary Noem's leadership, we are committed to ensuring that Americans in crisis can get the help and resources they need."

Approximately $882 million of funding from the Infrastructure Investment and Jobs Act will be returned to the U.S. Treasury or reapportioned by Congress in the next fiscal year. The 2021 law made $1 billion available for BRIC over five years, $133 million to date has been provided for about 450 applications. FEMA estimates more than $3.6 billion will remain in the Disaster Relief Fund to assist with disaster response and recovery for communities and survivors.

Ending this program will help ensure that grant funding aligns with the President's Executive Orders and Secretary Noem's direction and best support states and local communities in disaster planning, response and recovery.

Last updated April 4, 2025

https://www.fema.gov/press-release/20250404/fema-ends-wasteful-politicized-grant-program-returning-agency-core-mission#:~:text=About-,FEMA%20Ends%20Wasteful%2C%20Politicized%20Grant%20Program%2C%20Returning%20Agency%20to%20Core,Americans%20Recovering%20from%20Natural%20Disasters&text=WASHINGTON%20%2D%2D%20FEMA%20is%20ending,from%20Fiscal%20Years%202020%2D2023.

# How FEMA tries to combat rumors and conspiracy theories about Milton and Helene

OCTOBER 9, 2024 12:29 PM ET

HEARD ON  ALL THINGS CONSIDERED

By

Huo Jingnan

**2-Minute Listen**

TRANSCRIPT



A palm tree next to the beach before Hurricane Milton's arrival on Wednesday, in Fort Myers Beach, Fla. Viral rumors and conspiracy theories have made it more challenging for federal and state officials to share information about the storm and evacuation plans.

*Joe Raedle/Getty Images*

With a second massive hurricane set to hit the United States in less than two weeks, the Federal Emergency Management Agency also has to contend with a deluge of rumors and conspiracy theories about its response and policies.



WEATHER

**Milton makes landfall in Florida with warnings of life-threatening storm surges**

Baseless stories have swirled on social media since Hurricane Helene made landfall in late September, many framing FEMA's actions as an instrument of a tyrannical federal government. On X, formerly Twitter, the same rumors and narratives are following the agency as it prepares for Milton.



UNTANGLING DISINFORMATION

## Politically charged rumors and conspiracy theories about Helene flourish on X

"Although the rumors are rampant — they are totally rampant — I hadn't heard any of that impacting our response here yet," Willie Nunn told NPR on Tuesday. Nunn, the FEMA administrator for the Pacific Northwest and Alaska and the tribal nations in that area, is currently serving as the senior FEMA official in Florida to support the response and recovery efforts for Hurricanes Helene and Milton.



POLITICS

## Fact-checking falsehoods about FEMA funding and Hurricane Helene

One challenge for FEMA and local first responders is that prominent political figures, including former President Donald Trump, have amplified falsehoods, politicizing the storm response less than a month ahead of the presidential election. Without naming Trump and his allies, local Republican officials have pushed back against some of the false narratives that have been spreading.



NATIONAL

## Helene recovery is more political online than on the ground

As Hurricane Milton approaches Florida, Christina Pushaw, Florida Gov. Ron DeSantis' press secretary, took to social media to rebuke one viral falsehood that urged people not to evacuate so as to protect their property from FEMA: "Spreading LIES like this could have serious consequences." She urged people to follow directions to evacuate.

"The basic thing you should understand about disasters is they are the most political thing that happens in a democracy," said George Haddow, who was the White House liaison and deputy chief of staff at FEMA during the Clinton administration. "All these people hurting. Big media coverage. And then there's the politics and the money...That's why these events attract this kind of thing."

"I've never seen this information like this and I've never seen as much and as mean-spirited," said Haddow.



Local police close a crossing from Largo to Indian Rocks Beach on the Gulf of Mexico ahead of
Hurricane Milton's expected landfall on Oct. 9, 2024 in Florida.

*Bryan R. Smith/AFP via Getty Images*

## Fears that falsehoods will incite violence

One worry about the storm of falsehoods is whether it might incite violence against federal aid
workers, according to research from the nonprofit Institute for Strategic Dialogue. On X,
formerly Twitter, several antisemitic posts suggested that FEMA is run by Jews and a Jewish
agency staffer was harassed online. One post warned that FEMA employees would be shot if
they "continue blocking/seizing aid." Another post — now removed — called for militias to resist

FEMA. These posts each received over a million views and thousands of reposts, sometimes more.

Nunn said FEMA has been in touch with local law enforcement to make sure its operations remain safe.



UNTANGLING DISINFORMATION

## How rumors and conspiracy theories got in the way of Maui's fire recovery

Many of the rumors and conspiracy theories circulating about FEMA are old and also surfaced during last year's wildfires in Maui. Among the old chestnuts is the debunked claim that FEMA only offers $750 in aid — in fact, that's just one grant program. Another false claim is that FEMA will seize land from survivors, which is neither true nor legally possible. Further claims merged baseless claims about FEMA's funding with anti-immigrant stories that have been central to Trump's presidential campaign, claiming that FEMA funds are going to shore up the border or migrants, or that FEMA funds are being used to help noncitizens vote.



POLITICS

## How could hurricanes impact the election? What we can learn from 5 recent storms

The rumor that FEMA grants have to be repaid is one that surfaces the most often over the years, said Nunn, who says that the agency runs a hotline to help people figure out their eligibility and register for aid, and that he has personally gone door to door to tell survivors to sign up.

"If they have questions, we ask them to call back, either utilizing the 1-800-621-3362 with 3362 spelling FEMA," Nunn said, "if it's something that someone says, well, they're going to take your money, are they going to do that land grab? Call that number. We will tell you right away that that's debunked."

Researchers who study disaster response worry that false narratives like these can get in the way of the recovery effort.

"Even on our best day, navigating the U.S. recovery system is challenging," said Samantha Montano, an assistant professor of emergency management at the Massachusetts Maritime Academy. "So to then add misinformation on top of that, you're really harming survivors who really need access to that funding."



SCIENCE

## Why FEMA Aid Is Unavailable To Many Who Need It The Most

In the years past, the agency has rejected a high percentage of applications for aid, hitting low-income survivors harder than affluent ones. FEMA says it relaxed eligibility earlier this year. It had allocated disproportionate resources responding to smaller disasters and struggled to respond to major ones like Hurricane Maria in Puerto Rico.



People arrive to shelter at Buffalo Creek Middle School in Bradenton, Fla., ahead of Hurricane Milton's expected landfall on Oct. 9, 2024.

*Miguel J. Rodriguez/AFP via Getty Images*

## FEMA has always dealt with rumors, but not like these

While FEMA has considered responding to rumors as part of its disaster response for decades, the information landscape of 2024 is dramatically different than decades past.

"We had folks that spent all day watching TV and listening to the radio that they heard something that we thought was troubling that wasn't true. We go out there and try [to] correct

it," said Haddow, the former Clinton-era FEMA official, of how the agency responded in the 1990s.

Fast forward to 2012, when social media started to become important. "The rumor mill for [Hurricane] Sandy was somebody...saying they had sharks in the subway system that flooded and they had a video showing a shark in the subway system," said Haddow. "Compared to what they're talking about now."

FEMA responded by getting on social media and setting up region- and language-specific accounts.

After Trump put the agency in charge of leading the response to the coronavirus pandemic in 2020, FEMA put up a web page to debunk rumors.

"I would say all of FEMA was encouraged to promote folks checking in with that rumor control website," said Rebecca Rouse, a former FEMA staffer who now teaches emergency and security studies at Tulane University.

Rouse sent the rumor control page out to friends and family, while her contacts have shared it with entire listservs of faith leaders, elected officials and nonprofit workers.

Out of hundreds of major disasters that have been declared since the pandemic, only four have their own rumor control pages: the Texas winter storms of 2021, the New Mexico wildfires of 2022, the Maui wildfires in 2023, and Hurricane Helene.

Improving the public's media literacy also needs to be part of the solution, said Margaret Stewart, a professor at the University of North Florida who has developed a crisis communication framework that she recommends to government and businesses alike.

"One of my biggest recommendations to social media consumers is the necessity now to go back to the original source ... of the digital information that they're consuming and to verify the information there before passing it on to the members of their social community," said Stewart.

19

"As far as FEMA, we're not here for the politics. We're here to help people," said Nunn. "We have a storm that's approaching the west coast of Florida that could be very catastrophic. And it is approaching those areas that your emergency managers tell you to evacuate. This is a matter of life and death."

https://www.npr.org/2024/10/09/nx-s1-5146475/milton-helene-fema-rumors-conspiracy-theories

cordially,







elope

**Recycle me**